RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,*
*Progressive Direct Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY McGEE, individually,<br><br>Plaintiff,<br><br>vs.<br>PROGRESSIVE DIRECT INSURANCE COMPANY; A FOREIGN CORPORATION; DOES I-X, and ROE CORPORATIONS XI -XX, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00268-JCM-VCF<br><br>***STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*** |

IT IS HEREBY STIPULATED by and between SEBASTIAN R. GAJARDO, ESQ., of the law firm of the LBC LAW GROUP, attorneys for Plaintiff, RICKY McGEE and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

IT IS FURTHER STIPULATED that there are no currently matters pending before this Court.

DATED: 3/29/23

**LBC LAW GROUP**

By _____
SEBASTIAN F. GAJARDO, ESQ.
Nevada Bar No. 14847
723 South Seventh Street
Las Vegas, Nevada 89101
Telephone: 702-608-3030
**Attorneys for Plaintiff,
Ricky McGee**

DATED: 5·16·23

**DENNETT WINSPEAR, LLP**

By _____
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: 702-839-1100
**Attorneys for Defendant, Progressive
Direct Insurance Company**

### ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS SO ORDERED May 24, 2023.

_____
U.S. DISTRICT COURT JUDGE